FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Dec 1, 2017

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

PRP II PALS INVESTMENTS TRUST                                    PLAINTIFF

VS.                                    NO. __17-4110-SOH__

FIDELITY NATIONAL TITLE                                    DEFENDANT
INSURANCE COMPANY

## NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS.

Defendant, Fidelity National Title Insurance Company ("Fidelity"), a California corporation under 28 USCA §§ 1332, 1441, and 1446, removes this action, Case Number 46CV17-447 currently filed at the Circuit Court of Miller County, Arkansas, to the Texarkana Division of the United States District Court for the Western Division of Arkansas, subject to the right of Defendant to move to the Eastern District, Little Rock Division.  The removal of this case is based on the following grounds.

   1.       **State Court Action**

Plaintiff, PRP II PALS Investments Trust, filed this action against Fidelity on October 31, 2017.  Fidelity was served with copies of the Summons and Complaint on November 3, 2017, by serving its registered agent, CT Corporation System, 124 West Capital Ave., Suite 1900, Little Rock, Arkansas 72201-3736.   The Summons and Complaint are attached as Exhibit "A[1]." Defendant has filed an Answer, which is attached hereto as Exhibit "B."

---

[1] All exhibits are incorporated herein by reference.

2.      **Nature of Action in Plaintiff's Complaint**

Plaintiff's Complaint alleges a breach of contract and seeks a declaratory judgment concerning a mortgagee's title insurance contract.  Plaintiff has alleged damages in the amount of $189,242.88, plus 12% thereof as damages, for interest, and reasonable attorney's fees.

3.      **Removal of State Court Action**

Under 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants . . . to the district court of the United States for the district and division embracing the place where such action is pending."  Because the district court has original jurisdiction under 28 U.S.C. § 1332 (diversity), and Fidelity timely filed this Notice of Removal, this action is removable under 28 U. S.C. § 1441(a).  However, as will be explained further, this action should be transferred to the Eastern District, Little Rock Division.

4.      **Diversity**

Fidelity is a California corporation doing business in the state of Arkansas.  Plaintiff is a statutory trust established under the Delaware Statutory Trust Statute, and, as such, it is located in the state of Delaware.  There are no other parties to this action; therefore, there is complete diversity in this action.  Furthermore, the amount in controversy exceeds $75,000.00.  As such, jurisdiction is proper in federal district court pursuant to 28 U.S.C. § 1332(a).

5.      **Venue and Transfer to Texarkana Division**

The United States District Court for the Western District of Arkansas, Texarkana Division, embraces the county in which the state court action is now pending, and thus this Court is the proper district court to which this case should be removed.  See 28 U.S.C. §§ 1441(a), 1446(a).  However, Fidelity affirmatively states that venue is improper in Miller County because this is a

breach of contract action not an action relating to the real property in Miller County. This is a breach of contract case alleging events or omissions committed by Defendant at its offices in Florida and Defendant's claims counsel is in Little Rock. Fidelity reserves all rights to transfer this case to the Eastern District, Little Rock Division.

6.     **Timeliness of Notice of Removal**

As noted above, Fidelity was served with copies of the Summons and Complaint on November 3, 2017. Thirty days have not elapsed since the Complaint was served, making removal timely under 28 U.S.C. § 1446(b).

7.     **State Court Pleadings**

Pursuant to 28 U.S.C. § 1446(a), Fidelity is simultaneously filing with this Notice copies of all process, pleadings, order, and other papers or exhibits of every kind existing on file in the Circuit Court of Miller County, Arkansas in the removed action. (See Exhibits A and B.) As 28 U.S.C. § 1446(d) dictates, Fidelity is providing written notice to Plaintiff and is filing a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of Miller County, Arkansas.

In filing this Notice of Removal, Fidelity does not waive, and specifically reserves all defenses, exceptions, rights, and motions. No statement herein or omission here from shall be deemed to constitute an admission by Defendant of any of the allegations or entitlement to damages sought in the Complaint.

Based on the foregoing, Fidelity removes this action, Case No. 46CV-17-447, from the Circuit Court of Miller County, Arkansas, to the Texarkana Division of the United States District Court for the Western District of Arkansas.

Dated: December 1, 2017.

Respectfully submitted,

McMULLAN & BROWN
P.O. Box 2839
Little Rock, AR  72203-2839
(501) 376-9119; (501) 376-8437 FAX


By:  /s/ Marian Major McMullan
   Marian Major McMullan (86123)
   mmcmullan@m-b.law


<u>CERTIFICATE OF SERVICE</u>

 I, Marian Major McMullan, hereby certify that I have sent *via*:

   ☐  Hand-Delivery
   ☐  Facsimile
   ■  Electronic Mail
   ☐  U.S. Mail, postage-prepaid
   ☐  ECF Mailing System

on this 1st day of December 2017, a true and correct copy of the foregoing to the following individual:

Via  Email:  gfortson@laxvaughan.com

Grant E. Fortson
Roger D. Rowe
Lax, Vaughan, Fortson, Rowe & Threet, P.A.
11300 Cantrell Rd., Ste. 201
Little Rock, AR  72212
*Counsel for Plaintiff*      /s/ Marian Major McMullan
           Marian Major McMullan

.